UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARRES ALKHAYER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>META INC.,<br><br>　　　　　Defendant. | Case No. 25-cv-00309-SI<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 5 |

　　In an order filed January 10, 2025, the Court granted plaintiff's application to proceed *in forma pauperis* and dismissed this case with leave to amend. On February 5, 2025, plaintiff filed a "motion to withdraw" complaint, stating that Facebook has recently restored plaintiff's account and that as a result, plaintiff seeks to "withdraw the complaint without prejudice."

　　The Court GRANTS plaintiff's request and dismisses this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

**IT IS SO ORDERED**.

Dated: February 6, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge